UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDALL L. CANUPP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. WASHINGTON-ADDUCI, Warden,<br><br>　　　　　Respondent. | No. CV 09-3183-PA (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 27, 2010

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE